JS6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT and LUCINE ALSULIMAN, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-06857-RGK-KS |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER TO DISMISS [21] |
| vs. | |
| SECURE ONE CAPITAL CORPORATION, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, as to Defendant SECURE ONE CAPITAL CORPORARATION. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this ~~November~~ Dec. 7, 2020.

_Gary Klausner_
Honorable Judge of the District Court